# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

TFO HOLDINGS, INC.,

                    **Plaintiff,**

      **v.**                                          **1:09-cv-1929-WSD**

SPRITZ WORLD LLC,

                    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff TFO Holdings, Inc.'s ("Plaintiff") Motion to Strike Defendant Spritz World LLC's ("Defendant") Answer [5].

Defendant filed its Answer on September 11, 2009. It was signed by Matt Dancsecs, President and CEO of Spritz World LLC, and designated "*pro se*." Plaintiff argues that because Mr. Dancsecs is not an attorney, Defendant's answer must be stricken.

A corporation may not represent itself in federal court. See, e.g., Rowland v. California Men's Colony, Unit II Men's Advisory Council, 113 S.Ct. 716, 721 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel.");

Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel.").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff TFO Holdings, Inc.'s Motion to Strike [5] is **GRANTED** and the Clerk of Court is **DIRECTED** to strike Defendant Spritz World LLC's Answer [4] from the record.

**IT IS FURTHER ORDERED** that Defendant Spritz World LLC shall, on or before December 7, 2009, have its counsel enter an appearance in this action and file an answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED** this 17th day of November, 2009.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE